UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL FEENEY,<br>    Plaintiff,<br><br>  v.<br><br>CHANGE HEALTHCARE OPERATIONS, LLC,<br><br>    Defendant. | CIVIL ACTION NO. 22-CV-10733-AK |

**NOTICE OF VOLUNTARY WITHDRAWAL**
**AND DISMISSAL WITHOUT PREJUDICE**

NOW COMES Plaintiff, Michael Feeney, by his attorneys, Whitney Law Group, LLC, and in accordance with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, notifies the Court that all actions by the plaintiff against defendant Change Healthcare Operations, LLC, are withdrawn and may be dismissed, without prejudice.

Respectfully submitted,

MICHAEL FEENEY,

By his attorneys,

_____
Mark M. Whitney (BBO # 637054)
WHITNEY LAW GROUP, LLC
11 State Street
Marblehead, MA 01945
Phone: (781) 631-4400
E: mwhitney@whitneylawgroup.com

Date: November 1, 2022

**CERTIFICATE OF SERVICE**

I hereby certify that this document(s) filed through the ECF system will be sent

electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on November 1, 2022.

                                                         /s/ *Mark M. Whitney*
                                                        Mark M. Whitney